

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Cause No   01-13-00200-CV; *In re City of Houston*, Relator

Original Proceeding on Petition for Writ of Mandamus from *Lashonda Rochelle v. City of Houston*, Cause No. 2011-01184, in the 55th District Court of Harris County, Texas.

The Court requests that the real parties in interest, Lashonda Rochelle and Mattie Etubom, provide a supplemental response in light of the Texas Supreme Court's decision in *In re Toyota Motor Sales, U.S.A., Inc.*, No. 10-0933 (Tex. Aug. 30, 2013). The supplemental response brief is due on September 30, 2013.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                 Justice Michael Massengale, Acting individually

Date:        August 30, 2013